BANKRUPTCY RECOVERY GROUP, LLC
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@brg.legal
GARRETT NYE, ESQ.
Illinois Bar No. 6329215
(*Admitted Pro Hac Vice*)
Email: gnye@brg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 702-483-6126
*Attorneys for ACF FINCO I, LP*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>RED ROSE, INC., et al.,<br><br>    Debtors. | Chapter 11<br><br>Jointly Administered in the United States Bankruptcy Court for the District of Nevada Under<br><br>CASE NO. BK-S-20-12814-mkn |
| ACF FINCO I, LP,<br><br>    Plaintiff,<br>v.<br><br>ALPHA SUPPLY, LLC,<br><br>    Defendant. | Adv. Pro. No. 21-01245-mkn<br><br>Previous Scheduling Conference:<br>Date:  March 24, 2022<br>Time:  10:00 a.m.<br><br>**Continued Scheduling Conference**:<br>Date:   October 6, 2022<br>Time:  10:00 a.m. |

## CERTIFICATE OF SERVICE

1. On March 16, 2022, I served the following document(s):

    a.   *Notice of Continued Scheduling Conference*            Dkt. No. 7

2. I served the above-named document(s) by the following means to the persons as listed below:

. . .

☒     b.     United States Mail, postage fully prepaid:

> Alpha Supply
> Attn: Sarah M. Love
> Bays Lung Rose & Voss
> Topa Financial Center
> 700 Bishop Street, Ste. 900
> Honolulu, Hawaii 96813

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 17th day of March, 2021.

                     */s/ Vicki DiMaio*
                     Vicki DiMaio, an employee of
                     Bankruptcy Recovery Group, LLC