NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| IN RE: | | BK–20–12814–mkn<br>CHAPTER 11 |
| RED ROSE, INC. , | Debtor(s) | |
| | | Adversary Proceeding: 21–01245–mkn |
| ACF FINCO I, LP, et al, | Plaintiff(s) | NOTICE OF DOCKETING ERROR |
| vs | | |
| ALPHA SUPPLY, LLC, et al, | Defendant(s) | |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *11* – Answer to Complaint (Related Doc # 1) Filed by BRIAN R. IRVINE on behalf of ALPHA SUPPLY, LLC (IRVINE, BRIAN) |
| Filed On: | 6/10/22 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please Refer to the Local Rules and file an amended pleading or file in the correct case immediately. The following caption item(s) are incorrect/missing:
    * Document Title

Dated: 6/13/22

*Mary A Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**